

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00059-CV
_____

DELTA COUNTY APPRAISAL DISTRICT, Appellant

V.

PPF GIN & WAREHOUSE, LLC, Appellee

On Appeal from the 62nd District Court
Delta County, Texas
Trial Court No. 11552

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Appellant, Delta County Appraisal District, has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     July 28, 2025
Date Decided:       July 29, 2025